AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Unum Life Insurance Company of Ame

V.

Michael McDonald

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 07-

CA 07 95 ML

TO: (Name and address of Defendant)

Michael McDonald
12 Woodmark Way
Wakefield, RI 02879

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brooks Magratten
Catherine Shaghalian
Vetter & White
20 Washington Place
Providence, Rhode Island 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3/13/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE March 21, 2007 |
|---|---|
| NAME OF SERVER (PRINT) Kim Dulude | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Kayla MacDonald, daughter

☐ Returned unexecuted: ______

☐ Other (specify): ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $15 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/21/07
Date

Kimberly Dulude
Signature of Server

Hopkinton, RI 02832
Address of Server

X Kayla McDonald

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.