UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Plaintiff | ) | C.A. No. 07-0095/ML |
| v. | ) | |
| MICHAEL MCDONALD, Defendant | ) | STIPULATION |

Plaintiff and defendant agree that defendant may have up to and including May 1, 2007 to respond to the complaint.

/s/ Brooks Magratten
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

/s/ James Reilly
James Reilly, Esq., No. 0658
Kelly, Kelleher, Reilly & Simpson
Attorneys for Defendant
146 Westminster Street -- Suite 500
Providence, RI 02903
(401) 272-1312
(401) 331-9397 [FAX]

Dated: April 18, 2007