**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA | : | |
| -vs- | : | C.A. NO. 07-95ML |
| MICHAEL MCDONALD | : | |

**ANSWER OF DEFENDANT**
**MICHAEL MCDONALD**

1. Defendant Michael McDonald admits the allegations set forth in paragraphs 1 through 8 of plaintiff's Complaint.

*2. Said defendant is without knowledge of the truth or falsity of the allegations set forth in paragraphs 9 and 10 of plaintiff's Complaint and leaves plaintiff to its proof thereof.*

3. Said defendant admits that on July 20, 2005, he signed a Disability Payment Options/Reimbursement Agreement, but avers that said Agreement is an invalid, unlawful assignment of Social Security benefits.

4. Said defendant admits the allegations set forth in paragraph 12.

5. Said defendant denies the allegations set forth in paragraphs 13 through 15.

WHEREFORE, defendant Michael McDonald demands entry of Judgment in his behalf and for his costs and attorney's fees.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY & SIMPSON

Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's claim is barred by the provisions of 42 USC §407(a).

**SECOND AFFIRMATIVE DEFENSE**

Plaintiff hereby pleads the affirmative defense of illegality.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff hereby pleads the affirmative defense of lack of consideration.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff hereby pleads the affirmative defense of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff hereby pleads the affirmative defense of waiver.

/s/ James H. Reilly
JAMES H. REILLY #0658
KELLY, KELLEHER, REILLY &
SIMPSON
Attorney for Defendant
146 Westminster Street, Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 (fax)

To: Brooks R. Magratten, Esquire
Attorney Catherine A. Shaghalian
VETTER & WHITE
20 Washington Place
Providence, Rhode Island 02903

CERTIFICATION

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electron Filing (NEF) on May 1, 2007, and that there are no non-registered participants.

/s/ James H. Reilly