UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNUM LIFE INSURANCE COMPANY )
OF AMERICA, )
Plaintiff ) C.A. No. 07-095/ML
)
v. )
)
MICHAEL MCDONALD, )
Defendant )

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

Pursuant to this Court's notice of May 25, 2007, plaintiff submits the following pretrial conference statement:

## I. Facts

Defendant Michael McDonald was, at all relevant times, a participant and/or beneficiary of an employee welfare benefit plan (the "Plan") sponsored and maintained by the South County Hospital in Wakefield, Rhode Island. Disability benefits under the Plan are funded by a group long term disability ("LTD") insurance policy underwritten by plaintiff UNUM Life Insurance Company of America ("Unum"). Up until April 18, 2002, Mr. McDonald was employed as a physical therapist at the South County Hospital. On or about April 20, 2002, he fell from a ladder and sustained hand and wrist fractures.

Mr. McDonald, in or about October 2002, applied for and later began receiving LTD benefits under the Plan. The Plan provides, in part, that Unum will subtract from a participant's disability payment as a deductible source of income:

> The amount that you, your spouse and your children receive or are entitled to receive as disability payments because of your disability under: ... – the United States Social Security Act.

The Plan further provides that Unum has the right to recover any overpayments due to a participant's receipt of deductible sources of income.

On July 20, 2005 Mr. McDonald signed a Disability Payment Options/ Reimbursement Agreement. He opted for payment of disability benefits with no reduction for amounts received by other sources until a final determination of his eligibility to receive those benefits was made. In so doing, he also expressly agreed to repay any overpayment incurred as a result of receiving any other benefits from those sources specified in the policy.

Mr. McDonald, while receiving full LTD benefits under the Plan, received a retroactive award of primary and family disability benefits under the Social Security Act. Unum has since made repeated demands for the defendant to refund the LTD overpayment. Mr. McDonald has refused to pay amounts due and payable to Unum under the terms of the Plan.

Unum has been withholding $477.00 from Mr. McDonald's monthly LTD benefit payments in order to reduce the LTD benefit overpayment. Even with this reduction, Mr. McDonald's receipt of Social Security disability benefits has resulted in an overpayment of LTD benefits in an amount of approximately $90,000.00. Mr. McDonald has informed Unum that $30,000 of the Social Security award remains.

## II. Legal Issues

1. Whether Unum is entitled to recover the overpayment of LTD benefits from Mr. McDonald.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff Unum Life Insurance Company of America
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

Dated: May 30, 2007

CERTIFICATE OF SERVICE

To:

James Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street – Suite 500
Providence, RI 02903

I hereby certify that I electronically filed the within Pretrial Conference Statement on May 30, 2007. The Pretrial Conference Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-listed counsel of record has been effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian