**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNUM Life Insurance Co. Of America

**V.** **CA 07-85ML**

**Michael McDonald**

**ORDER**

**Pursuant to the rule 16 conference held on June 7, 2007, cross-motions for summary judgment shall be filed on or before August 31, 2007.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**June 7 , 2007**

**ENTERED as an Order of this Court on June 8 ,2007.**

Barbara Barletta

**Deputy Clerk**