UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, Plaintiff | ) | C.A. No. 07-0095/ML |
| v. | ) | |
| MICHAEL MCDONALD, Defendant | ) | DISMISSAL STIPULATION |

It is hereby stipulated by and between the parties that the above-entitled action is hereby dismissed with prejudice, no costs.

/s/ Catherine A. Shaghalian
Brooks R. Magratten, No. 3585
Catherine A. Shaghalian, No. 6883
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 [FAX]
bmagratten@vetterandwhite.com
cshaghalian@vetterandwhite.com

/s/ James Reilly
James Reilly, Esq., No. 0658
KELLY, KELLEHER, REILLY & SIMPSON
Attorneys for Defendant
146 Westminster Street – Suite 500
Providence, Rhode Island 02903
(401) 272-1312
(401) 331-9397 [FAX]
jreilly@kkrs.com

Dated: September 14, 2007

CERTIFICATE OF SERVICE

To:

James Reilly, Esq.
Kelly, Kelleher, Reilly & Simpson
146 Westminster Street – Suite 500
Providence, RI 02903

I hereby certify that I electronically filed this Dismissal Stipulation on September 14, 2007. The Dismissal Stipulation is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Catherine A. Shaghalian